FILED
U.S. DISTRICT COURT

2006 NOV 28 P 1:00

*F. LaVictoire*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| WILLIAM P. CAMP, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: CV206-260 |
| McINTOSH COUNTY BOARD OF COMMISSIONERS, GEORGE DEVERGER; CHARLES JORDAN; BOYD GAULT; WILBERT PROUDFOOT; DAVID STEVENS, in their official capacity; CHARLES JONES, individually and in his official capacity as Sheriff; FRANKLIN HUNTER, individually and in official capacity as Chief Deputy Sheriff; DORIS HEIGHT, individually and in her official capacity as Administrator and Captain sheriff; FNU COLLINS, individually and in her official capacity as Supervisor Detention Sheriff; ELIJAH ROBERTS, individually and in his official capacity as Nurse at McIntosh County Jail; McCALL AND ASSOCIATES, INC., RUSTY McCALL, Individually and in his capacity as President of McCall & Associates, Inc.; DAVID BAKER, individually; UNKNOWN UNITED STATES MARSHALS, individually and in their official capacities, | : |
| Defendants. | : |

**O R D E R**

Plaintiff has filed a "Motion for Court to Direct Clerk of Court to Issue Certified Summons and 285 U.S. Marshal Forms to Plaintiff and Rule on 28 U.S.C. § 1915A."

AO 72A
(Rev. 8/82)

Plaintiff's motion is **dismissed**.  The Court will direct service of Plaintiff's complaint on any viable claims following the required frivolity review.

**SO ORDERED**, this 28th day of November, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)