IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM P. CAMP, JR.,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV206-260

McINTOSH COUNTY BOARD OF
COMMISSIONERS, GEORGE
DEVERGER; CHARLES JORDAN; BOYD
GAULT; WILBERT PROUDFOOT; DAVID
STEVENS, in their official capacities;
CHARLES JONES, individually and in his
official capacity as Sheriff; FRANKLIN
HUNTER, individually and in official
capacity as Chief Deputy Sheriff; DORIS
HEIGHT, individually and in her official
capacity as Administrator and Captain
sheriff; FNU COLLINS, individually and in
her official capacity as Supervisor
Detention Sheriff; ELIJAH ROBERTS,
individually and in his official capacity
as Nurse at McIntosh County Jail;
McCALL AND ASSOCIATES, INC.,
RUSTY McCALL, individually and in his
capacity as President of McCall &
Associates, Inc.; DAVID BAKER;
UNKNOWN UNITED STATES
MARSHALS, individually and in their
official capacities; FREDDIE JACKSON;
STEPHEN D. JESUP; DAVID EARL LANE;
McINTOSH COUNTY JAIL, and
McINTOSH COUNTY,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Camp reiterates his contentions against those Defendants who the Magistrate

AO 72A
(Rev. 8/82)

Judge recommended be dismissed from this cause of action. Plaintiff's contentions in this regard amount to nothing more than common law tort law claims, and such contentions do not rise to the level of asserting constitutional violations by these Defendants. See Baker v. McCollan, 443 U.S. 137, 146, 99 S. Ct. 2689, 2695, 61 L. Ed. 2d 433 (1979).

Plaintiff appears to contend that the United States of America should be held liable for the alleged tortious conduct of the named Defendants based on the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2671, et seq. The closest Plaintiff comes to being able to sustain his claims in this regard is by naming the United States Marshals Service ("Marshals Service") and unknown United States Marshals as Defendants in this case. However, the Marshals Service merely contracts with county facilities, such as the McIntosh County Jail, to house federal prisoners temporarily. There is no evidence that McIntosh County should be considered an agency of the federal government to permit Plaintiff to proceed with his FTCA claims. See 28 U.S.C. § 2671 (noting that contractors are excluded from the definition of "federal agency" within the FTCA); Logue v. United States, 412 U.S. 521, 525, 93 S. Ct. 2215, 2218, 37 L. Ed. 2d 121 (1973).

Camp's Objections are without merit. The Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court. Defendants Baker, McCall, McCall and Associates, Deverger, Jordan, Gault, Proudfoot, Jackson, Jesup, Lane, McIntosh County, and Unknown United States Marshals are **DISMISSED** as named Defendants in this case. Plaintiff's state tort law claims and his monetary damages claims against Defendants Collins, Roberts, Jones, Hunter, and Height in their official capacities are **dismissed**.

AO 72A
(Rev. 8/82)

Plaintiff's claims against Defendants Collins, Roberts, Jones, Hunter, and Height in their individual capacities and his claims against Defendant McIntosh County Board of Commissioners remain pending.

**SO ORDERED**, this 31st day of January, 2007.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)