IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR -8 P 4: 32

WILLIAM P. CAMP, JR.,

    Plaintiff,

vs.

McINTOSH COUNTY BOARD OF COMMISSIONERS, DAVID STEVENS, CHARLES JONES, Sheriff; FRANKLIN HUNTER, Chief Deputy; DORIS HEIGHT, Captain; PHYLLIS COLLINS, and ELIJAH ROBERTS,

    Defendants.

CIVIL ACTION NO.: CV206-260

## ORDER

Magistrate Judge James Graham, by Report dated November 29, 2006, recommended that Plaintiff's claims against Defendant David Stevens be dismissed due to Plaintiff's failure to make any factual allegations against him. Defendant Stevens' name was omitted inadvertently from the undersigned's Order dated February 1, 2007, which adopted the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant Stevens is hereby **DISMISSED** as a named Defendant in this case.

**SO ORDERED**, this 8th day of March, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)